UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** EDCV 18-01555 SJO (SHKx)   **DATE:** July 30, 2018

**TITLE:** Camden Landmark, LLC v. Charles Cox et al.

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                  Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**        **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                       Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER GRANTING PLAINTIFF CAMDEN LANDMARK LLC'S MOTION TO REMAND CASE TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO** [Docket No. 7]

This matter is before the Court on Plaintiff Camden Landmark LLC's ("Plaintiff") Motion to Remand Case ("Motion"), filed July 25, 2018. On June 19, 2018, Plaintiff filed this action for unlawful detainer against Defendant Charles Cox ("Defendant") in the Superior Court of California for the County of San Bernardino. (*See generally* Notice of Removal Ex. 1 ("Compl."), ECF No. 1.) Plaintiff specifies in the Complaint that the action is "solely for nonpayment of rent[.]" (Compl. ¶ 6(f)(2).) On July 23, 2018, Defendant removed the action to federal court, on the grounds that the state action for unlawful detainer is preempted by the Protecting Tenants at Foreclosure Act of 2009 ("PTFA"), and thus the Complaint "actually" presents a federal question. (*See* Notice of Removal ¶¶ 5-6.)

As suggested in its namesake, however, the PTFA only applies to tenants whose eviction is due to foreclosure on the property, not nonpayment of rent. (Mot. 10; PTFA [as enacted] PREVENT MORTGAGE FORECLOSURES AND ENHANCE MORTGAGE CREDIT AVAILABILITY, PL 111-22, May 20, 2009, 123 Stat 1632.) Thus, even if the PTFA preempted state law, it would not apply to this action. As there is no federal question, and Defendant has not presented any viable grounds to find that this Court has subject matter jurisdiction, the Court **REMANDS** this action to the Superior Court of California for the County of San Bernardino. This action shall close.

IT IS SO ORDERED.